UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA FAYE JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-1493 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 11) |

On May 5, 2014, the parties filed a stipulation for Plaintiff to have an extension of time to file an opening brief. (Doc. 15). The Scheduling Order permits the parties to stipulate to an extension of up to thirty days (Doc. 4-1 at 4). Thus, the extension of time is appropriate.

Pursuant to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**:

1. Plaintiff's opening brief SHALL be filed no later than **May 19, 2014**;
2. Defendant SHALL file a brief in response no later than **June 18, 2014**; and
3. Any reply by Plaintiff SHALL be filed no later than **June 25, 2014.**

IT IS SO ORDERED.

Dated:　**May 5, 2014**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE