UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-01493 - LJO- JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC AND AMENDING THE BRIEFING SCHEDULE<br><br>(Doc. 13) |

　　　　On May 2, 2014, the parties filed a stipulation for Plaintiff to have an extension of time to file an opening brief. (Doc. 11.) The requested deadlines were adopted by the Court, which ordered Plaintiff to file an opening brief "no later than **May 19, 2014**." (Doc. 12, emphasis in original.) In addition, the Court set deadlines for Defendant to file a response to the opening brief, and for any reply by Plaintiff. (*Id.*)

　　　　On May 21, 2014, Plaintiff filed a "Request to File Late Plaintiff's Opening Brief" along with her opening brief. (Docs. 13-14.) Plaintiff's counsel asserts that the filing is "late due to a mis-calendaring of the prior order granting an extension of time and a serious illness in Counsel's family." (Doc. 13 at 2.) Good cause appearing, **IT IS HEREBY ORDERED**:

　　　　1.　　Plaintiff's request for an extension of time is granted nunc pro tunc;

　　　　2.　　Defendant **SHALL** file a response to the opening brief no later than **June 20, 2014**; and

///

1

3. Any reply by Plaintiff **SHALL** be filed no later than **June 27, 2014**.

IT IS SO ORDERED.

Dated: **May 23, 2014**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE